ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308209)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-6938
> FAX: (415) 436-6753
> Email: lauren.harding@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ENRIQUE ARENAL, </br></br> Defendant. | CASE NO 3:23-CR-00470-JSC </br></br> **NOTICE OF REMOVAL OF COUNSEL** |

The United States Attorney's Office hereby files this Notice of Removal of Counsel for Assistant United States Attorney Lauren M. Harding who is no longer the attorney of record in this case. Please remove her from the ECF notification list associated with this case.

DATED: July 8, 2024                                Respectfully submitted,

                                                                 ISMAIL J. RAMSEY
                                                                 United States Attorney


                                                                 /s/ Lauren Harding
                                                                 LAUREN M. HARDING
                                                                 Assistant United States Attorney