

# UNITED STATES DISTRICT COURT
## Northern District of California

### CRIMINAL MINUTES

**Date:** February 12, 2025          **Time:** 00:04

**Judge:** Jacqueline Scott Corley

**Case No.:** 23-cr-00470-JSC-1

**Case Name:** United States of America v. Enrique Arenal
         [x] Present    [ ] Not Present    [x] In-Custody & Remanded

**Attorney for United States:** Jonathan Lee
**Attorneys for Defendant:** Tony Serra/Alexander Nijjar

**Deputy Clerk:** Ada Means          **Court Reporter:** Marla Knox

### PROCEEDINGS

Further status conference held. The digital tablet has not been available to the defendant in Santa Rita Jail to review the discovery in this action. AUSA Lee will contact Santa Rita to find out the status of the tablet and submit an update by February 19, 2025. Once Mr. Arenal reviews the discovery, the parties will be able to determine if they will need a change of plea hearing or a trial setting hearing.  The matter is continued to **March 12, 2025 at 10:00 a.m.** for a further status conference.

**EXCLUDABLE DELAY:**
Category:  Effective preparation of counsel.
**Begins**: February 12, 2025
**Ends:** March 12, 2025