1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  JONATHAN U. LEE (CABN 148792)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7210
7      FAX: (415) 436-6748
       Jonathan.Lee@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  CASE NO. CR 23-470 JSC
                                        )
14         Plaintiff,                   )  NOTICE RE TABLET STATUS
                                        )
15     v.                               )
                                        )
16  ENRIQUE ARENAL,                     )
                                        )
17         Defendant.                   )
                                        )

1  On February 12, 2025, the parties appeared for a further status conference. The Court requested an update regarding the status of the tablet order dated January 2, 2025. *See* ECF 32 (Criminal Minutes). Per the Court's order, the undersigned provides this update.

On February 18, 2025, the undersigned contacted the U.S. Marshal Service regarding the status of the tablet. Later on February 18, 2025, the U.S. Marshal Service responded with confirmation that Alameda County Sheriff's Office personnel delivered the tablet to the defendant on February 12, 2025 at approximately 8:20 p.m.

DATED: February 19, 2025                     Respectfully submitted,

                                             PATRICK D. ROBBINS
                                             Acting United States Attorney


                                             *Jonathan U. Lee*
                                             _____
                                             JONATHAN U. LEE
                                             Assistant United States Attorney

NOTICE RE TABLET STATUS                      1
CR 23-470 JSC